# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   KELVIN B BECKON                                            Case No.: 06-16152

        Debtor(s)

---

## CHAPTER 13 STANDING TRUSTEE FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/07/2006.

2) The case was confirmed on 03/12/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/03/2007.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/05/2007.

5) The case was converted on 01/27/2009.

6) Number of months from filing to the last payment: 26

7) Number of months case was pending: 28

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    1,930.00

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case may not have cleared the bank.

**UST Form 101-13-FR-S(4/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 6,757.58 |
| Less amount refunded to debtor | $ 1,376.67 |
| **NET RECEIPTS** | $ 5,380.91 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 3,000.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 373.53 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,373.53 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICASH LOANS LLC | UNSECURED | NA | 1,462.87 | 1,462.87 | 33.38 | .00 |
| KELLY EGAN | OTHER | NA | NA | NA | .00 | .00 |
| MIDWEST TITLE LOANS | UNSECURED | 600.00 | 2,334.33 | 2,334.33 | 53.27 | .00 |
| MIDWEST TITLE LOANS | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| MIDWEST TITLE LOANS | OTHER | NA | NA | NA | .00 | .00 |
| SOUTH SHOPS FEDERAL | SECURED | 500.00 | .00 | .00 | .00 | .00 |
| SOUTH SHOPS FEDERAL | UNSECURED | 8,500.00 | NA | NA | .00 | .00 |
| ADVANCE TIL PAYDAY | UNSECURED | 430.00 | NA | NA | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 1,462.87 | NA | NA | .00 | .00 |
| KEITH S SHINDLER | OTHER | NA | NA | NA | .00 | .00 |
| AMERITECH | OTHER | NA | NA | NA | .00 | .00 |
| AT&T BROADBAND | UNSECURED | 111.00 | NA | NA | .00 | .00 |
| AT&T/SBC/ILLINOIS | UNSECURED | 147.00 | NA | NA | .00 | .00 |
| BEVERLY BUS GARAGE F | UNSECURED | NA | NA | NA | .00 | .00 |
| CITY OF BLUE ISLAND | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 234.52 | 234.52 | 234.52 | .00 | .00 |
| CITY OF CHICAGO DEPT | OTHER | NA | NA | NA | .00 | .00 |
| CITY OF COUNTRY CLUB | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| CITY OF COUNTRY CLUB | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| CMNTYPRP MNG | UNSECURED | NA | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 938.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 529.73 | 529.73 | 529.73 | .00 | .00 |
| CREDIT MANAGEMENT CO | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(4/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CROSS COUNTRY BANK | UNSECURED | 766.00 | NA | NA | .00 | .00 |
| DAVID SINIAWSKI | UNSECURED | 2,130.00 | NA | NA | .00 | .00 |
| DISH NETWORK | OTHER | NA | NA | NA | .00 | .00 |
| ENTERPRISE RENT A CA | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| FIRST CHICAGO NBD BA | UNSECURED | 998.00 | NA | NA | .00 | .00 |
| OHN PARK LAW OFFICES | OTHER | NA | NA | NA | .00 | .00 |
| FIRST CONSUMERS NATL | UNSECURED | 1,016.00 | NA | NA | .00 | .00 |
| FIRST MIDWEST BANK | OTHER | NA | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | 472.17 | 472.17 | 472.17 | .00 | .00 |
| HOLLYWOOD VIDEO | UNSECURED | 73.00 | NA | NA | .00 | .00 |
| JEWEL FOOD STORES | OTHER | NA | NA | NA | .00 | .00 |
| JP MORGAN CHASE BANK | OTHER | NA | NA | NA | .00 | .00 |
| MACEY & CHERN | UNSECURED | 109.00 | NA | NA | .00 | .00 |
| MCI COMMUNICATIONS | UNSECURED | 275.00 | NA | NA | .00 | .00 |
| NCO FINANCIAL | OTHER | NA | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 3,026.00 | NA | NA | .00 | .00 |
| PATRICIA M FENNELL | OTHER | NA | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 381.00 | 49.71 | 49.71 | .00 | .00 |
| NICOR GAS | OTHER | NA | NA | NA | .00 | .00 |
| PRONGER SMITH CLINIC | OTHER | NA | NA | NA | .00 | .00 |
| DRAPER & KRAMER | UNSECURED | 3,815.00 | 6,113.00 | 6,113.00 | .00 | .00 |
| DRAPER & KRAMER | OTHER | NA | NA | NA | .00 | .00 |
| SPRINT PCS | UNSECURED | 617.00 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | OTHER | NA | NA | NA | .00 | .00 |
| CITY OF COUNTRY CLUB | OTHER | NA | NA | NA | .00 | .00 |
| VILLAGE OF HAZEL CRE | UNSECURED | 133.00 | 633.26 | 633.26 | .00 | .00 |
| WAL MART STORES INC | OTHER | NA | NA | NA | .00 | .00 |
| WALGREENS | OTHER | NA | NA | NA | .00 | .00 |
| CHEX SYSTEMS COLLECT | OTHER | NA | NA | NA | .00 | .00 |
| TELECHECK MICHIGAN | OTHER | NA | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | NA | 876.20 | 876.20 | 19.99 | .00 |
| CTA SS & U CREDIT UN | UNSECURED | NA | 214.56 | 214.56 | .00 | .00 |
| CTA SS & U CREDIT UN | UNSECURED | NA | 9,099.11 | 9,099.11 | 207.65 | .00 |
| B-LINE LLC | UNSECURED | NA | 766.16 | 766.16 | 17.48 | .00 |
| NICOR GAS | UNSECURED | 49.00 | NA | NA | .00 | .00 |
| IL STATE DISBURSEMEN | PRIORITY | NA | 1,305.48 | 1,305.48 | 1,305.48 | .00 |
| ZALUTSKY & PINSKI LT | PRIORITY | .00 | .00 | 354.00 | 354.00 | .00 |
| NICOR GAS | UNSECURED | 381.00 | 706.39 | 706.39 | 16.13 | .00 |
| NICOR GAS | SECURED | NA | 2,875.57 | .00 | .00 | .00 |
| IL STATE DISBURSEMEN | PRIORITY | NA | 702.35 | 702.35 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 194.23 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(4/1/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | 2,007.83 | 1,305.48 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 354.00 | 354.00 | .00 |
| **TOTAL PRIORITY:** | 2,361.83 | 1,659.48 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 23,492.01 | 347.90 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,373.53 |
| Disbursements to Creditors | $ | 2,007.38 |
| **TOTAL DISBURSEMENTS:** | $ | 5,380.91 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 04/21/2009  /s/ Tom Vaughn
Tom Vaughn, Chapter 13 Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(4/1/2009)**